MASSENGILL v. STARLING

No. 581P87.

Case below: 87 N.C. App. 233.

Petition by plaintiff (Harold E. Massengill) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

PHARO v. CARLYLE

No. 547P87.

Case below: 87 N.C. App. 177.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

PITMAN v. FELDSPAR CORP.

No. 555P87.

Case below: 87 N.C. App. 208.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

ROBINSON v. SEABOARD SYSTEM RAILROAD

No. 658P87.

Case below: 87 N.C. App. 512.

Petition by defendant (Southern Railway Co.) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

SIMPSON v. N.C. LOCAL GOV'T EMPLOYEES' RETIREMENT SYSTEM

No. 2P88.

Case below: 88 N.C. App. 218.

Petition by defendants for temporary stay allowed 12 January 1988.